*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

### LUMA CORPORATION, Plaintiff–Appellant,

v.

### STRYKER CORPORATION, Defendant–Appellee,

and

### Karl Storz Endoscopy–America, Inc., Defendant–Appellee.

No. 2006–1642.

United States Court of Appeals, Federal Circuit.

Oct. 23, 2006.

*ORDER*

Upon consideration of Luma Corporation's unopposed motion to voluntarily dismiss its appeal, for lack of jurisdiction,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.